ALEXANDER J. HOWELL, Respondent, *v.* HENRY K. VAN SICKLEN et al., Executors, etc., Appellants.

(Argued May 24, 1877 ; decided June 5, 1877.)

REPORTED below, 6 Hun, 115.

*George W. Van Sicklen,* for appellants.

*E. I. Spink,* for respondent.

Agree to affirm.   No opinion.
All concur, RAPALLO, J., absent.
Judgment affirmed.

---

ALEXANDER J. HOWELL, Respondent, *v.* HENRY K. VAN SICKLEN et al., Executors, etc., Appellants.

(Argued May 24, 1877; decided June 5, 1877.)

REPORTED below, 8 Hun, 524.

Agree to affirm.   No opinion.
All concur, RAPALLO, J., absent.
Order affirmed.

---

ALEXANDER J. HOWELL, Respondent, *v.* HENRY K. VAN SICKLEN, Executor, etc., Appellant.

(Argued May 24, 1877; decided June 5, 1877.)

Agree to dismiss appeal.   No opinion.
All concur, RAPALLO, J., absent.
Appeal dismissed.